IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**EDWIN RONALD BATTEN, JR.,**

    Plaintiff,

v.                                          Civil Action No. **3:23CV490**

**MAJOR PICKINS,** *et al.*,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on August 8, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On November 20, 2023, the Court directed Plaintiff to file a particularized complaint. On December 20, 2023, however, the United States Postal Service returned the November 20, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." (ECF No. 11.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 4 January 2024
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge